AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fawsett, Patricia C. | 2. Court or Organization<br><br>U.S. District Court FL-M | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

401 W. Central Blvd
Orlando
FL
32801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Homorary Founding Trustee | The Negro Spiritual Scholarship Foundation |
| 2.  Member - Board of Directors & Treasurer | Bok Tower Gardens Foundation, Inc. |
| 3.  Director | Historical Society of the United States District Court for the Middle District of Florida, Inc. |
| 4.  Member Board of Trustees | Florida Supreme Court Historical Society |
| 5.  Member Board of Directors | Central Florida YMCA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. 2011 | | Edward D. Jones Financial Companies LLLP, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. U.S. Bank National National Association | Bank Loan | J |
| 3. Chase Bank | Bank Loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | LORD ABBETT FUNDS-MidCap Fund A | A | Dividend | | | Sold | 07/26/11 | K | C | |
| 2. | AMERICAN FUNDS-American Balanced Fund A | B | Int./Div. | L | T | | | | | |
| 3. | AMERICAN FUNDS-Bond Fund of America | B | Int./Div. | | | Sold | 07/26/11 | K | B | |
| 4. | AMERICAN FUNDS-Income Fund of America A | C | Int./Div. | L | T | | | | | |
| 5. | ▨▨▨▨ Tenants in Common / Orange Cty FL Real Estate | | None | J | R | | | | | |
| 6. | ANCH NATL LIFE INS ANNTY / Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 7. | ANCH NATL LIFE INS ANNTY / Polaris II / Amer Global growth | A | Dividend | K | T | | | | | |
| 8. | ANCH NATL LIFE INS ANNTY / Polaris II / Amer Intl Div Equity | A | Dividend | K | T | | | | | |
| 9. | ANCH NATL LIFE INS ANNTY / Polaris II / MFS MidCap Grth | A | Dividend | J | T | | | | | |
| 10. | ANCH NATL LIFE INS ANNTY / Polaris II / MFS TL Return | A | Dividend | K | T | | | | | |
| 11. | Edward Jones Money market | A | Dividend | J | T | | | | | |
| 12. | American Funds-Capital World Bond Fund A | B | Int./Div. | L | T | | | | | |
| 13. | American Funds-Capital World Growth & Income A | A | Int./Div. | K | T | Buy (add'l) | 07/20/11 | K | | |
| 14. | Edward Jones Profit sharing | C | Dividend | L | T | | | | | |
| 15. | Edward Jones 401K | C | Int./Div. | K | T | | | | | |
| 16. | American Funds-New World Fund A | A | Dividend | J | T | | | | | |
| 17. | American Funds-Small Cap World Funds A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,000 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Templeton Funds-Natural Resources Fund A | A | Dividend | J | T | | | | | |
| 19. Franklin Templeton Funds- UtilityFund A | A | Dividend | | | Sold | 07/20/11 | J | | |
| 20. Templeton Funds- China Fund A | A | Dividend | K | T | | | | | |
| 21. Franklin Templeton Funds-Income Fund A | A | Int./Div. | | | Sold (part) | 05/03/11 | J | | |
| 22. | | | | | Sold | 07/20/11 | J | B | |
| 23. Franklin Templeton Funds-BRIC Fund A | A | Dividend | J | T | Sold (part) | 08/23/11 | J | | |
| 24. Franklin Templeton Funds-Utililty Fund A | A | Int./Div. | | | Sold | 07/20/11 | J | B | |
| 25. Franklin Templeton Funds-BRIC Fund A | A | Dividend | | | Sold | 07/20/11 | J | | |
| 26. Limited Partnership in Jones Financial Cos, LLLP | E | Distribution | M | U | | | | | |
| 27. Abbott Labs Common Stock ABT | A | Dividend | | | Sold | 07/20/11 | J | C | |
| 28. Apple Common Stock AAPL | | None | K | T | | | | | |
| 29. ATT Common Stock | A | Dividend | | | Sold | 07/20/11 | J | | |
| 30. Franklin Templeton Funds-Rising Dividend Fund | A | Dividend | | | Sold | 07/20/11 | J | | |
| 31. McDonalds Common Stock- MCD | A | Dividend | J | T | | | | | |
| 32. Suncor Common Stock SU | A | Dividend | J | T | Buy (add'l) | 05/03/11 | J | | |
| 33. VanKampen Muni Unit Trust - | A | Interest | | | Sold | 07/20/11 | J | A | |
| 34. VanKampen S&P Unit Trust | A | Int./Div. | | | Sold | 07/20/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walmart Common Stock WMT | A | Dividend | | | Sold | 07/20/11 | J | A | |
| 36. Wells Fargo Common Stock WFC | A | Dividend | | | Sold | 02/22/11 | J | | |
| 37. 3M Common Stock MMM | A | Dividend | J | T | | | | | |
| 38. Southern Companies Common Stock- SO | A | Dividend | J | T | | | | | |
| 39. VanKampen Unit Trust | A | Dividend | | | Sold | 07/20/11 | J | | |
| 40. Alliance Bernstein Funds- Balanced Wealth Strategies Fund A | A | Dividend | K | T | | | | | |
| 41. Alliance Bernstein Funds- High Income Fund A | C | Dividend | K | T | | | | | |
| 42. American Funds- US Govt Fund A | B | Dividend | L | T | Buy (add'l) | 07/20/11 | K | | |
| 43. FPL Common Stock -FPL changed to NEE | A | Dividend | | | Sold | 07/20/11 | J | A | |
| 44. Alliance Bernstein Funds-Tax Managed Balanced Wealth Fund A | A | Dividend | | | Sold | 07/20/11 | J | | |
| 45. American Funds- US Govt Securities fund A | A | Dividend | J | T | | | | | |
| 46. American Funds - Growth Fund of America - AGTHX | A | Dividend | J | T | Buy (add'l) | 03/04/11 | J | | |
| 47. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 48. Templeton Growth Fund A - TEPLX | A | Dividend | K | T | Buy (add'l) | 02/11/11 | J | | |
| 49. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 50. | | | | | Buy (add'l) | 04/06/11 | J | | |
| 51. | | | | | Buy (add'l) | 05/06/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 53. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 54. | | | | | Buy (add'l) | 10/20/11 | J | | |
| 55.  Ford Common Stock- F | | None | J | T | | | | | |
| 56.  I Shares - Chili- ECH | | None | | | Sold (part) | 06/16/11 | J | | |
| 57. | | | | | Sold | 07/26/11 | J | A | |
| 58.  I Shares - Turkey - TUR | | None | | | Sold (part) | 06/16/11 | J | | |
| 59. | | | | | Sold | 07/20/11 | J | | |
| 60.  I Shares - Emerging Markets -EEM | | None | | | Sold (part) | 06/16/11 | J | | |
| 61. | | | | | Sold | 07/26/11 | J | | |
| 62.  Apple (APPL) Common stock | | None | K | T | Buy | 07/26/11 | K | | |
| 63. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 64.  Boeing (BA) Common stock | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 65.  Conoco Phillips (COP) Common stock | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 66.  General Dynamics (GD) Common Stcok | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 67.  Illinois Tool Works (ITW) Common stock | A | Dividend | J | T | Buy | 07/26/11 | K | | |
| 68.  Nike (NKE) Common stock | A | Dividend | K | T | Buy | 07/26/11 | K | | |

1. Income Gain Codes:
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Proctor & Gamble (PG) Common stock | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 70. Sysco (SYY) Common Stock | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 71. Teva (TEVA) Pharmacuticals Common Stock | A | Dividend | J | T | Buy | 07/26/11 | K | | |
| 72. Minnesota Mining & Manufacturing (MMM) Common stock | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 73. Franklin Gold & Precious Metals(FKCRX) mutual fund | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 74. Franklin Total Return (FKBAX) mutual fund | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 75. .Franklin US Govt Securities (FKUSX) mutual fund | A | Dividend | L | T | Buy | 07/26/11 | L | | |
| 76. American Intermediate Bond Fund (AIBAX) | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 77. Lord Abbcct Bond Debenture (LBNDX) mutual fund | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 78. Templeton Global Bond (TPINX) mutual fund | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 79. I Shares ETF-Oil Euip & Servces IEZ | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 80. I Shares ETF-No Am Tech IGV | | None | J | T | Buy | 07/26/11 | J | | |
| 81. I Shares ETF- US Basic Material IYM | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 82. I Shares ETF-Sml Grth Index JKK | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 83. I Shares ETF-So Korea Index EWY | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 84. Franklin US Govt (FKUSX) mutual fund | A | Dividend | J | T | Buy | 07/20/11 | J | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q - Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, Line 5,     Tenants in Common/Orange Cty FL Real Estate purchased on 1/21/1986 for a purchase price of $5000

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 ct. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia C. Fawsett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544